UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Agustin Serrano Ruiz**, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>**CMRE Financial Services, Inc.**, a corporation,<br><br>    Defendant. | Case No. 15-cv-02064-DMS-JMA<br><br>**Order Granting Joint Motion to Dismiss With Prejudice [Doc. 13]** |

Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES** the action **WITH PREJUDICE**.  Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated:   July 19, 2016.

_____
Dana M. Sabraw
United States District Court Judge